*11*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

SEP 1 0 1998

Michael N. Milby
Clerk of Court

Ann Allen §
§
versus § CIVIL ACTION B-96-57
§
Texas Foods, Inc., et al §

United States District Court
Southern District of Texas
ENTERED

SEP 1 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

1. The record indicates that the plaintiff has failed to pursue this action.

2. This case is dismissed for want of prosecution

Signed on _September 10_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge