IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANN de WEES T. ALLEN | § § | |
| VS. | § § | C/A NO. B-96-57 |
| TEXAS FOODS, INC. and BRAVO EXPORTS, INC. | § § | |

### ORDER DISBURSING FUNDS

This case has been closed and attorney, R. Gaines Griffin, is requesting the return of his bond in this case.

The Clerk of the Court is ordered to pay the cost bond of $200.00 to R. Gaines Griffin at 7550 IH 10 West, Suite 800, San Antonio, Texas 78229.

Signed _November 12, 2003_

_____
United States District Judge

APPROVED:

DAVIDSON & TROILO,
A PROFESSIONAL CORPORATION
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815
Telephone (210) 349-6484
Facsimile (210) 349-0041

By: _____
R. Gaines Griffin
State Bar No. 08464500

ATTORNEYS FOR PLAINTIFF

PCD #: 130016